O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-07598 AHM (SSx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND *et al.* v. DANIEL ANTON BENKE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court discharges the Order to Show Cause re Dismissal for Lack of Prosecution. Per Plaintiffs' request, Plaintiffs shall file a motion for default judgment by September 7, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |